# Order

Michigan Supreme Court
Lansing, Michigan

April 7, 2010

Marilyn Kelly,
Chief Justice

140179

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

SC: 140179
COA: 294007
Emmet CC: 08-002988-FH;
08-002989-FH

ROBERT LEE HOAG,
Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the October 28, 2009 order of the Court of Appeals is considered. We DIRECT the Emmet County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

The application for leave to appeal remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 7, 2010

_____
Clerk

p0331